**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––––

**No. 25-1052**

––––––––––––––

JOSHUA JORDAN,

        Plaintiff - Appellant,

    v.

PAYMENT SAVER, LLC; CASEY GRAHAM,

        Defendants - Appellees.

––––––––––––––

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:24-cv-00890-JD)

––––––––––––––

Submitted:  July 24, 2025                            Decided: July 28, 2025

––––––––––––––

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

––––––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––––––

Joshua Jordan, Appellant Pro Se.  Paul Edward Allen, Jr., Jonathan Gamble Roquemore, Joshua D. Shaw, I, HEDRICK GARDNER KINCHELOE & GAROFALO, LLP, Columbia, South Carolina, for Appellees.

––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Jordan appeals the district court's order accepting the recommendation of the magistrate judge and dismissing the complaint for lack of subject matter jurisdiction. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Jordan v. Payment Saver, LLC*, No. 4:24-cv-00890-JD (D.S.C., Dec. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*